# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                              Plaintiff,<br>vs.<br><br>DAVID SMITH, et al.,<br><br>                              Defendants. | CASE NO. 08cv975-IEG(LSP)<br><br>Order Granting Motion to Proceed *In Forma Pauperis* [Doc. No. 2]; Directing Clerk to Mail Copy of Complaint to Counsel for Defendants; Denying Motion for Appointment of Counsel [Doc. No. 3] |

Plaintiff moves the Court to proceed *in forma pauperis*. Having reviewed his application, the Court finds Plaintiff meets the requirements of 28 U.S.C § 1915 and GRANTS his motion to proceed *in forma pauperis*.

Plaintiff also moves the Court for appointment of counsel. The Constitution provides no right to appointment of counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. Lassiter v. Dept. of Social Services, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate [her] claims pro se in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision.'" Id. At this stage of the proceedings, the Court does

1  not believe appointment of counsel is necessary. Plaintiff's complaint adequately sets for the factual
2  and legal basis of his claims, and the issues are not particularly complex.  Therefore, the Court
3  DENIES Plaintiff's motion for appointment of counsel.
4     At the June 2, 2008 hearing on Defendants' motion to dismiss in Case No. 07cv2101,
5  counsel for Defendants agreed to waive personal service of the complaint in this case and accept
6  service on Defendants' behalf because the complaint is identical to the one Plaintiff previously
7  served upon Defendants.  As a result, *the Clerk is directed to mail a copy of the complaint in this*
8  *case to Counsel for Defendants, David Frank Taglienti, Office of the Attorney General, 110 West A*
9  *Street, Suite 1100, San Diego, CA  92101-3702*.  Plaintiff does not need to take any further action
10 with regard to service of the complaint.  Pursuant to Fed. R. Civ. P. 4(d) and 12(a)(1)(A)(ii),
11 Defendants must answer or respond within 60 days of receipt of the complaint.
12    **IT IS SO ORDERED**.

14 **DATED:  June 6, 2008**

   _____
   **IRMA E. GONZALEZ, Chief Judge**
   **United States District Court**