**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

Ronald Chrisman C-55019
w/co Neal Good Day Center
299 17th Street
San Diego, CA 92101

NIXIE    921   5C 1    72 07/05/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 9210192965    *0204-01545-11-00*


FIRST CLASS AUTO
neopost
$00.346
Mailed From 92132
06/10/2008
US POSTAGE
049J82045251

IEG

08cv975 - IEG (LSP)

**FILED**
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Returned
No forwarding address
Exceeds perce[...]
Date 7/10/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                      Plaintiff,<br>vs.<br><br>DAVID SMITH, et al.,<br><br>                     Defendants. | CASE NO. 08cv975-IEG(LSP)<br><br>Order Granting Motion to Proceed *In Forma Pauperis* [Doc. No. 2]; Directing Clerk to Mail Copy of Complaint to Counsel for Defendants; Denying Motion for Appointment of Counsel [Doc. No. 3] |

Plaintiff moves the Court to proceed *in forma pauperis*. Having reviewed his application, the Court finds Plaintiff meets the requirements of 28 U.S.C § 1915 and GRANTS his motion to proceed *in forma pauperis*.

Plaintiff also moves the Court for appointment of counsel. The Constitution provides no right to appointment of counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. <u>Lassiter v. Dept. of Social Services</u>, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate [her] claims <u>pro se</u> in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision." <u>Id.</u> At this stage of the proceedings, the Court does