FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To the Chief Judge:
Thee Honorable, Irma E. Gonzales, Uni of the
United States District Court, Southern District
of California in San Diego.

Hello, I hope everything is going well for you and you're in the best of health and spirits.

This is in regards to my case #, number 08cv975-IEGLSP, in which my sister has informed me to immediately get in touch with you, I've just recently received this information and/or any mail, due to transfers throughout the system.

Your Honor, my resources are limited and have been for quite sometime. I have, in the past been on S.S.I. but I cannot get it with a PAL warrant hanging over my head. OR any other public assistance for that matter,

Destitute, on the street and on drugs for the pain I live with, I once again got arrested, but the charges were very much exagerated and I've let myself and my family down. All I wanted was to get off parole and see this case 08cv975 through.

CONT-

Now, who knows where my future lies? I'm sorry, I just hate to see my case end here, because I couldn't find an attorney or because I was ignorant of the laws.

I believe in justice and I believe that I've paid my debt to society for all that I've done wrong. I've never hurt a soul or robbed anyone nor will I ever!

Why should this case proceed, well look in the news, look whats going on today in Donovan, people's rights are being violated and they can't get the health care due to them. I've been on psych meds for many years and on SSI since 1985, my vocabulary is limited as is my intelligence, I do appreciate everything you've done for me thus far and I wish to hear from your office on what I should do at your earliest possible convenience. Thank you and God bless.

With all due respect,

Ron Chrisman

IT IS MY SINCERE WISHES TO HAVE MY SISTER DONNA MAZUR CHRISMAN HANDLE ANY OF MY AFFAIRS IF IT TAKES SOMEONES PRESENCE IN YOUR COURTROOM.

DATED
8/12/08

RONALD CHRISMAN

*Ronald Chrisman* (signature)