# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                    Plaintiff,<br>       vs.<br>DAVID SMITH, et al.,<br><br>                    Defendants. | CASE NO. 08cv975-IEG(LSP)<br><br>Order Regarding Status of Case |

The Court has received a letter from Plaintiff regarding his desire to continue to pursue this case. Plaintiff may proceed with this case even though he is now once again incarcerated. There is currently pending before the Court a motion to dismiss filed by Defendants. The hearing on such motion is set for October 6, 2008.

The Clerk shall forward a copy of Defendants' motion to Plaintiff along with a copy of this Order, at the return address indicated on Plaintiff's letter, to wit: Ron Chrisman BK#8155533, G.B.D.F. 3B-121, 446 Alta Road, Suite 5300, San Diego, CA 92158. Plaintiff may file a written opposition to the motion on or before September 22, 2008. The Court will not receive any oral

///
///
///
///

argument on the motion, and will instead decide the motion on the papers pursuant to Civil Local Rule 7.1(d)(1).

Plaintiff must keep the Court informed of any change of address.

**IT IS SO ORDERED**.

**DATED: August 20, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**