FILED
2008 SEP -4 PM 1:59

Thee Honorable, Irma E. Gonzalez

Your Honor, I hope everything is going well for you and you're in the best of health and spirits.

I come to you at this time to ask about the motion I filed with you for Attorney Assistance

Was my motion denied?

Could you please let me know at your earliest possible convenience.

God Bless and do take care

With all my Respect, and Best Wishes

Ron Chrisman

CASE NUMBER
08 cv 975 IEG (LSP)

DATE 8-24-08

Thee Honorable, Irma E. Gonzalez

Please excuse me once again, I do apologize for being such a pain, but due to my homelessness it seems my records (Section 1983) are unreachable at this time, this is to facilitate my opposition to the dismissal filed by the Deputy Attorney General, Mr. Tagaglienti. So Your Honor, could you PLEASE send me a complete copy (with medical documents) of the Section 1983 case number 08cv0975 IEG LSP, along with the answer to my motion for the Attorney Assistance. I appreciate any and all time and consideration in this matter and hope to hear from you soon. Thank you very much again, God Bless and do take care

Respectfully

Ron Chrisman

Dated 8-24-08