# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Chrisman, <br><br> Plaintiff, <br> vs. <br><br> David Smith, et al., <br><br> Defendant. | CASE NO. 08cv975-IEG(LSP) <br><br> Order Directing Clerk to Mail Copy of the Case to Plaintiff; Denying Renewed Motion for Appointment of Counsel (Doc. Nos. 9, 10) |

By letter dated August 24, 2008, plaintiff requests the Court send him copies of documents filed in this case and also renews his motion for appointment of counsel. Having reviewed his request, *the Clerk is hereby directed to mail a copy of the Complaint [Doc. No. 1], June 6, 2008 Order [Doc. No. 6], Defendant's motion to Dismiss [Doc. No. 6], and this Order to Plaintiff Ronald Chrisman, #8155533, George Bailey Detention Facility, 3B-121, 446 Alta Road, Suite 5300, San Diego, CA 92158*.

Plaintiff also renews his motion for appointment of counsel. As the Court explained in its June 6, 2008 order, the Constitution provides no right to appointment of counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. Lassiter v. Dept. of Social Services, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate

1 [her] claims pro se in light of the complexity of the legal issues involved.' Neither of these issues is
2 dispositive and both must be viewed together before reaching a decision.'" Id. At this stage of the
3 proceedings, the Court does not believe appointment of counsel is necessary. Plaintiff's complaint
4 adequately sets for the factual and legal basis of his claims, and the issues are not particularly
5 complex. Therefore, the Court **DENIES** Plaintiff's renewed motion for appointment of counsel.
6     **IT IS SO ORDERED**

8 **DATED:  September 8, 2008**

                                      _____
                                      **IRMA E. GONZALEZ, Chief Judge**
                                      **United States District Court**