# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Chrisman,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>David Smith, et al.,<br><br>                                    Defendants. | CASE NO. 08cv975-IEG (LSP)<br><br>Order Granting Extension of Time<br>[Doc. No. 43.] |

The Court received Plaintiff's letter requesting an extension of time to file his second amended complaint. GOOD CAUSE APPEARING, the Court GRANTS Plaintiff's request for an extension of time. Plaintiff may file his second amended complaint no later than 30 days from the date this order is filed. The Defendants' motion to dismiss the first amended complaint is DENIED AS MOOT, subject to renewal in the event Plaintiff elects not to file a second amended complaint.

**IT IS SO ORDERED.**

**DATED:  August 19, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**