# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>                                Plaintiff,<br>   vs.<br>DAVID SMITH, et al.,<br><br>                               Defendant. | CASE NO. 08-CV-975-IEG (BLM)<br><br>ORDER DENYING MOTION AS MOOT [Doc. No. 47] |

     Before the Court is Plaintiff's motion for extension of time to amend his First Amended Complaint, filed on August 24, 2009. [Doc. No. 47]. However, Plaintiff previously filed an identical motion on August 17, 2009. [Doc. No. 45]. On August 19, 2009, the Court granted that motion, allowing Plaintiff to file his second amended complaint no later than 30 days from the date of that order. [Doc. No. 46]. Since the extension requested by Plaintiff has already been granted, the Court **DENIES** as moot the present motion for extension of time.

     **IT IS SO ORDERED.**

DATED: August 31, 2009

                                                             *Irma E. Gonzalez*<br>
                                                   IRMA E. GONZALEZ, Chief Judge<br>
                                                   United States District Court